■ CHARLES W. HAIRGROW, Appellant, v. HELEN L. BANKS, Respondent. — Motion for reargument or for leave to appeal to the Court of Appeals denied. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See 3 A D 2d 999.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PEREZ and JOHN MANGIE, Appellants.— Motion for reargument denied. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 3 A D 2d 898.]

14 ROSETTA LAWRENCE, Respondent, et al., Plaintiff, v. GLADYS M. SMITH, Appellant.— Application denied, with $10 costs, and stay contained in the order to show cause dated July 31, 1957 vacated. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

## (October 17, 1957)

■ GUSTAVE B. GARFIELD, Appellant-Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al., Respondents-Appellants.— The decision of this court dated October 10, 1957 is recalled and the order entered thereon on the 10th day of October, 1957 is vacated, and the motion of the defendants-respondents-appellants for an extension of time to answer or make any motion with respect to the amended complaint is granted only insofar as to extend the time of said defendants-respondents-appellants to answer or move with respect to the amended complaint until 10 days after the date of the entry of the order. In all other respects, the motion is denied. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ. [See *ante*, p. 861.]

■ GUSTAVE B. GARFIELD, Appellant-Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al., Respondents-Appellants.— The decision of this court dated October 10, 1957 is recalled and the order entered thereon on the 10th day of October, 1957 is vacated, and the motion of the plaintiff-appellant-respondent to dismiss the appeal of defendant-respondent-appellant Equitable Life Assurance Society of the United States, and the appeals of the defendants-respondents-appellants Murphy, Dow, Klem and Hogg, is granted, without costs. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ. [See *ante*, p. 861.]